IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HARVEY DAVIS,

    Petitioner,                    No. CIV S-08-1472 JAM DAD P

   vs.

S. R. MOORE, Warden,

    Respondent.              ORDER
_____/

       Petitioner is a state prisoner proceeding through counsel with a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner challenges California Governor Arnold Schwarzenegger's reversal of the November 10, 2005 decision by the Board of Parole Hearings finding petitioner suitable for release on parole. Petitioner claims that the Governor's action violated his right to due process.

       This court has independently verified that petitioner was released on parole on September 3, 2009. "[A] case becomes moot 'when the issues presented are no longer "live" or the parties lack a legally cognizable interest in the outcome.'" Murphy v. Hunt, 455 U.S. 478, 481 (1982), (quoting United States Parole Comm'n v. Geraghty, 445 U.S. 388, 396 (1980)) (quoting Powell v. McCormack, 395 U.S. 486, 496 (1969)). A case properly brought in the first instance is rendered moot when "interim relief or events have completely and irrevocably

eradicated the effects of the alleged violation." <u>Chang v. United States</u>, 327 F.3d 911, 918 -919 (9th Cir. 2003) (quoting <u>County of Los Angeles v. Davis</u>, 440 U.S. 625, 631 (1979)).

Good cause appearing, IT IS HEREBY ORDERED that, within thirty days from the filed date of this order, petitioner show cause why this action should not be dismissed as moot.

DATED: March 18, 2010.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:8:
davis1472.moot